[No. 22052-4-III.  Division Three.  September 18, 2003.]

*In the Matter of the Personal Restraint of* DANIEL A. TRENIDAD, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 22080-0-III.  Division Three.  September 18, 2003.]

*In the Matter of the Personal Restraint of* APOLINAR N. TORRES, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 49149-1-I.  Division One.  September 22, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. EDMUND RAY HARRINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-1-06622-3, Terence Lukens, J., entered August 17, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Schindler, JJ.

[No. 49196-2-I.  Division One.  September 22, 2003.]

KATHRYN LINDA PETERS, *Respondent,* v. KIYOSHI TODA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-3-06057-6, Linda Lau, J., entered August 15, 2001. *Affirmed* by unpublished per curiam opinion.